| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | WILLIAM B.TAYLOR<br>Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOE A. FLORES<br><br>Defendant. | Case No. 1:19-po-00200-SAB<br><br>[Citation # 9174104 CA/51]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:19-po-00200-SAB [Citation #9174104 CA/51] against JOE A. FLORES, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 9, 2020                                    Respectfully submitted,

                                                                       McGREGOR W. SCOTT<br>
                                                                       United States Attorney

By:   /s/ William B. Taylor<br>
        WILLIAM B. TAYLOR<br>
        Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:19-po-00200-SAB [Citation #9174104 CA/51] against JOE A. FLORES be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **January 9, 2020**

UNITED STATES MAGISTRATE JUDGE